UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.G, et al,

                    Plaintiff(s)

          -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                    Defendant(s).
------------------------------------------------------------X

25 civ 4612 (JGK)

## ORDER

The parties shall submit a Rule 26(f) report, together with a case management scheduling order, by **November 6, 2025.**

The conference scheduled for September 23, 2025, at 11:30am, is canceled.

**SO ORDERED.**

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 15, 2025